IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01784-BNB

PAUL MINICH,

    Plaintiff,

v.

JAMES ALDERDEN, and
JACK HALEY, PA,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request to waive the initial partial filing fee (Doc. No. 9) is DENIED as moot. The Court granted Plaintiff leave to proceed without payment of the initial partial filing fee on August 8, 2010.

Dated: August 19, 2010