IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  10-cv-01784-MSK- BNB | Date: March 15, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

PAUL MINICH,                                             Pro se by telephone

        Plaintiff(s),

v.

JAMES ALDERDEN, and                          Jeannine Haag
                                                           William Ressue
JACK HALEY
(PA)                                                              Terry Cipoletti

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        1:45 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant Haley, P.A.'s motion to compel plaintiff's discovery responses [Doc. #55; filed 1/24/11] is granted in part and denied in part for reasons stated on the record. Plaintiff shall respond to discovery on or before March 29, 2011.

**ORDERED:** Motion for an order compelling discovery for James Alderden [ Doc. #58; filed 1/27/11] is denied for reasons stated on the record.

**ORDERED:** Motion for an order compelling discovery for Jack Haley (PA) [ Doc. #59; filed 1/27/11] is is denied for reasons stated on the record.

**ORDERED:** Plaintiff Minich's second motion to appoint counsel [Doc. # 60; filed 1/27/11]

       **is denied for reasons stated on the record.**

**ORDERED:** **Motion to amend 42 U.S.C. § 1983 [Doc. #75; filed 2/9/11] is denied for reasons stated on the record.**

**ORDERED:** **Motion to appoint counsel [Doc. #76; filed 2/9/11 [Doc. #76; filed 2/9/11] is denied for reasons stated on the record.**

**ORDERED:** **Motion for an order compelling discovery for James Alderden [Doc. #78; filed 2/9/11] is denied for reasons stated on the record.**

Court in Recess:  2: 21 p.m.  Hearing concluded.  Total time in Court:  00:36

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.