IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01784-MSK-BNB

PAUL MINICH,

Plaintiff,

v.

JAMES ALDERDEN, and
JACK HALEY (PA),

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendant Haley, P.A.'s Motion to Compel Plaintiff's Discovery Responses** [Doc. # 55, filed 1/24/2011] ("Haley's Motion to Compel");

(2) Plaintiff's **Motion for an Order Compelling Discovery for James Alderden** [Doc. # 58, filed 1/27/2011] ("Plaintiff's First Motion to Compel");

(3) Plaintiff's **Motion for an Order Compelling Discovery for Jack Haley (PA)** [Doc. # 59, filed 1/27/2011] ("Plaintiff's Second Motion to Compel");

(4) **Plaintiff Minich's Second Motion to Appoint Counsel** [Doc. # 60, filed 1/27/2011] (the "Second Motion for Counsel");

(5) Plaintiff's **Motion to Amend 42 U.S.C. § 1983** [Doc. # 75, filed 2/9/2011] (the "Motion to Amend");

(6) Plaintiff's **Motion to Appoint Counsel** [Doc. # 76, filed 2/9/2011] (the "Third Motion for Counsel"); and

(7)     Plaintiff's **Motion for an Order Compelling Discovery for James Alderden** [Doc. # 78, filed 2/9/2011] ("Plaintiff's Third Motion to Compel").

I held a hearing on the motions on March 15, 2011, and made rulings on the record, which are incorporated here.  For the reasons stated on the record, IT IS ORDERED:

(1)     Haley's Motion to Compel [Doc. # 55] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the plaintiff to fully and completely answer in writing and under oath Interrogatories Nos. 1, 3, 5, 9, 11, 12, 14, and 16;

• GRANTED to require the plaintiff to produce all documents responsive to Requests for Production Nos. 10, 11, 13, 14, and 15;

• GRANTED to require the plaintiff, in writing, to admit or deny Requests for Admissions Nos. 1 through 20 or to state in detail why the plaintiff cannot truthfully admit or deny each request;

• GRANTED to require the plaintiff to answer in writing and under oath Interrogatory No. 2 insofar as it seeks information concerning the plaintiff's knees; Interrogatory No. 7 insofar as it seeks information concerning the plaintiff's mental health conditions and mental disorders; and Interrogatory No. 13 insofar as it seeks information concerning plaintiff's knees;

• GRANTED  to require the plaintiff to produce all documents responsive to Requests for Production Nos. 1 insofar as it relates to documents relied on or referred to in support of any of the plaintiff's answers to interrogatories; and

• DENIED in all other respects.

The plaintiff shall serve on counsel for the defendants supplemental discovery responses consistent with this Order and in full compliance with the technicalities of the Federal Rules of Civil Procedure on or before **March 29, 2011**.

(2)     Plaintiff's First Motion to Compel [Doc. # 58] is DENIED.

(3)     Plaintiff's Second Motion to Compel [Doc. # 59] is DENIED.

(4)     The Second Motion for Counsel [Doc. # 60] is DENIED.

(5)     The Motion to Amend [Doc. # 75] is DENIED.

(6)     The Third Motion for Counsel [Doc. # 76] is DENIED.

(7)     Plaintiff's Third Motion to Compel [Doc. # 78] is DENIED.

(8)     The plaintiff is cautioned again that he must serve on counsel for the defendants copies of all materials filed with the court, and file with the court a certificate of service establishing that service has been made.  See D.C.COLO.LCivR 5.1.  Failure to comply may result in the imposition of sanctions, including dismissal of the case.

Dated March 17, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge