IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01784-MSK-BNB

PAUL MINICH,

Plaintiff,

v.

JAMES ALDERDEN, and
JACK HALEY (PA),

Defendants.

_____

**ORDER**
_____

This matter arises on defendant Jack Haley, P.A.'s **Motion for Entry of Disclosure Order Permitting Release of Plaintiff's Relevant Medical Records** [Doc. #99, filed March 28, 2011] (the "Motion"). The Motion is GRANTED.

On March 17, 2011, I entered an order granting in part defendant Haley's motion to compel and requiring the plaintiff to respond to many of the defendant's discovery requests including several requests for production of documents [Doc. #97]. The plaintiff has not produced any documents, nor has he voluntarily executed release authorizations so that the defendant may obtain the documents.

The defendant requests that the court enter a Disclosure Order pursuant to 45 C.F.R. § 164.512(e)(1)(i) allowing the disclosure of the plaintiff's health information without the written consent of the plaintiff. Section 164.512(e)(1)(i) provides that a covered entity may disclose protected health information without the written consent of an individual where the information is sought in connection with a judicial proceeding and "[i]n response to an order of a court . . .

provided that the covered entity discloses only the protected health information expressly authorized by [the] order."

The plaintiff asserts that the documents are irrelevant and privileged and that he has filed an objection to my order granting in part defendant Haley's motion to compel. I have already found that the documents are relevant and not privileged. The filing of an objection to my discovery order does not stay the discovery to which the order was directed. D.C.COLO.LCivR 30.2B.

IT IS ORDERED that the Motion is GRANTED.[1]

Dated April 5, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The Disclosure Order has been entered separately.