IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01784-MSK-BNB

PAUL MINICH,

Plaintiff,

v.

JAMES ALDERDEN, and
JACK HALEY (PA),

Defendants.
_____

**ORDER**
_____

Plaintiff, Paul Minich, brings this lawsuit alleging pain and suffering and current and future knee problems as a result of medical attention at the Larimer County Detention Center. Section 164.512(e)(1)(i), 45 C.F.R., provides that a covered entity may disclose protected health information without the written consent of an individual where the information is sought in connection with a judicial proceeding and "[i]n response to an order of a court . . . provided that the covered entity discloses only the protected health information expressly authorized by [the] order." This is a court order pursuant to 45 C.F.R. § 164.512(e)(1)(i) allowing the disclosure of certain health information without the written consent of the individual, Paul Minich.

I find that all health care provided to Plaintiff Paul Minich at any time through the present date that concerns or relates in any way to his knees and/or that relates to his mental health conditions and any mental disorders is relevant to the claims asserted in this case or is reasonably calculated to lead to the discovery of admissible evidence and is discoverable.

This Order allows any individuals or entities who provided treatment or services to Paul Minich to disclose and produce to Defendant Jack Haley, P.A., and his attorneys in this lawsuit, any and all health information that concerns or relates in any way to Paul Minich's knees and/or that relates to Paul Minich's mental health conditions and any mental disorders.

IT IS ORDERED that pursuant to 45 C.F.R. § 164.512(e)(1)(i), any individuals or entities who provided treatment or services to Paul Minich at any time, are authorized, without the written consent of Paul Minich, to disclose, share with, and produce to Jack Haley, P.A., and his attorneys in this lawsuit, all health care information that concerns or relates in any way to Paul Minich's knees and/or that relates to Paul Minich's mental health conditions and any mental disorders.

Dated April 5, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge